IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-F-12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CARLOS EDWARD CARMELO, | ) | |
| Defendant. | ) | |

This matter is before the court on Carlos Edward Carmelo's Motion for Revocation of Detention Order 18 U.S.C. § 3145(b) [DE-221]. The parties shall have ten (10) days to file any additional briefing they want before the court makes a decision on Carmelo's motion. The court intends to rule on Carmelo's motion without benefit of a hearing.

SO ORDERED.

This, the 29th day of June, 2015.

JAMES C. FOX
Senior United States District Judge